**Paul A. CHRISTIANSEN, Appellant,**

v.

**Lewis E. LANDSBERG and Irene Landsberg, Respondents.**

No. WD 60095.

Missouri Court of Appeals,
Western District.

June 28, 2002.

Rehearing Denied Aug. 22, 2002.

Ralph G. Gore, Independence, MO, for Appellant.

James M. Ziegler, Independence, MO, for Respondents.

Before BRECKENRIDGE, P.J., LOWENSTEIN and SMART, JJ.

#### *ORDER*

PER CURIAM.

Following a longstanding dispute over a strip of land between the homes of the appellant and the respondents, appellant filed this action for malicious prosecution based on a prosecution for destruction of respondent's no trespassing sign. The parties had signed a settlement agreement which covered this action. Summary judg-

ment was granted in favor of respondents. Affirmed. Rule 84.16(b).